THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-201-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RICO LEE MILES ) | |

This Cause comes before the Court upon Defendant's motion to seal Document Entry 38. For good cause shown, Defendant's motion is GRANTED.

Document entry 38 is hereby sealed.

So ORDERED this **17** day of March, 2016

TERRENCE W. BOYLE
U.S. District Judge