THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-201-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICO LEE MILES | ) | |

This Cause comes before the Court upon Defendant's unopposed motion to seal his sentencing memorandum and for good cause shown, this motion is GRANTED. The sentencing memorandum is to be SEALED and the supplement to be filed at a later date, and prior to sentencing, is to be SEALED.

So ORDERED this 13 day of July, 2016.

TERRENCE W. BOYLE
U.S. District Judge