UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rico Lee Miles**                    **Docket No. 5:15-CR-201-1BO**

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rico Lee Miles, who, upon an earlier plea of guilty to Count 2, 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), Felon in Possession of Firearms and Ammunition, and Count 3, 21 U.S.C. § 841(a)(2) and 21 U.S.C. § 841(b)(1)(D), Possession with the Intent to Distribute a Quantity of Marijuana, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 19, 2016, to the custody of the Bureau of Prisons for a term of 50 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years on Count 2 and 7 years on Count 3 to run concurrently.

Rico Lee Miles was released from custody on August 24, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has requested substance abuse counseling to prevent him from using illegal substances. This probation officer would request that the defendant's conditions of supervision be modified to include a substance abuse treatment condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.

/s/ Eddie J. Smith                         /s/ Peter J. Yalango
Eddie J. Smith                             Peter J. Yalango
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           150 Rowan Street Suite 110
                                           Fayetteville, NC 28301
                                           Phone: 910-354-2546
                                           Executed On: September 19, 2018

**Rico Lee Miles**
**Docket No. 5:15-MJ-1205-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____ 14 _____ day of _____ September _____ , 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge