UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rico Lee Miles**  **Docket No. 5:15-CR-201-1BO**

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rico Lee Miles, who, upon an earlier plea of guilty to Count 2, 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), Felon in Possession of Firearms and Ammunition, and Count 3, 21 U.S.C. §841(a)(2) and 21 U.S.C. § 841(b)(1)(D), Possession with the Intent to Distribute a Quantity of Marijuana, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 19, 2016, to the custody of the Bureau of Prisons for a term of 50 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years on Count 2 and 7 years on Count 3 to run concurrently.

Rico Lee Miles was released from custody on August 24, 2018, at which time the term of supervised release commenced.

A Petition for Action on Supervised Release was submitted to Your Honor on September 19, 2018, recommending that the defendant's supervised release conditions be modified to include a substance abuse treatment condition. Your Honor agreed with this recommendation on September 19, 2018, and the defendant's supervised release conditions were modified as follows: the defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant admitted to using marijuana on September 16, 2018.

The defendant stated that he is having difficulty adjusting to the community and requested mental health counseling to assist him. This probation officer would request that the defendant's conditions of supervision be modified to include a mental health treatment condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Rico Lee Miles
Docket No. 5:15-CR-201-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2546
Executed On: September 25, 2018

## ORDER OF THE COURT

Considered and ordered this 25 day of September, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge